DAYLE ELIESON
Acting United States Attorney
District of Nevada

SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Tel: (415) 977-8934
    Fax: (415) 744-0134
    Email: Shea.Bond@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TANYA L. ISAHAROV, | ) Case No.: 2:17-cv-01958-APG-GWF |
|     Plaintiff, | ) |
| v. | ) **UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| NANCY A. BERRYHILL, | ) (*SECOND REQUEST*) |
| Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

    Defendant Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to file her Cross-Motion to Affirm in response to Plaintiff's Motion for Remand (Dkt. No. 15), currently due on January 22, 2018, by 30 days, through and including Wednesday, February 21, 2018. Defendant further requests that all subsequent deadlines set forth in the Court's Order Concerning Review of Social Security Cases (Dkt. No. 13) be extended accordingly.

    This is Defendant's second request for an extension of time to respond to Plaintiff's Motion for Remand. Defendant requests this extension because of the workload of Defendant's attorney assigned to this case and to allow sufficient time to adequately research and prepare the issues presented by

Plaintiff in her motion. This request is made in good faith and with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 16, 2018.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Remand, through and including February 21, 2018.

Dated: January 17, 2018                     Respectfully submitted,

                                            DAYLE ELIESON
                                            Acting United States Attorney

                                            /s/ Shea Lita Bond
                                            SHEA LITA BOND
                                            Special Assistant United States Attorney

OF COUNSEL:

ALLISON J. CHEUNG
Assistant Regional Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___01/18/2018_____