DAYLE ELIESON
United States Attorney
District of Nevada

ALLISON CHEUNG
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
Email: Allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA ISHAROV, | ) |
| | ) Case No. 2:17-CV-01958-APG GWF |
| Plaintiff, | ) |
| | ) **NOTICE OF CHANGE OF ATTORNEY** |
| v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

///

///

///

///

///

///

///

///

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

>Allison Cheung
>Special Assistant United States Attorney
>Social Security Administration
>160 Spear Street, Suite 800
>San Francisco, CA 94105
>Telephone: (415) 977-8942
>Facsimile: (415) 744-0134
>Email: Allison.cheung@ssa.gov

**SAUSA's Shea Bond and Chantal Jenkins should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: January 16, 2019

DAYLE ELIESON
United States Attorney

/s/ Allison Cheung
ALLISON CHEUNG
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 01/17/2019