# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

TANYA LULU ISAHAROV,

     Plaintiff

v.

NANCY A. BERRYHILL,

     Defendant

Case No.: 2:17-cv-01958-APG-WGC

**Order (1) Accepting Report and Recommendation, (2) Denying Motion to Remand, and (3) Granting Motion to Affirm**

[ECF Nos. 15, 21, 32]

On January 22, 2020, Magistrate Judge Cobb recommended that I deny plaintiff Tanya Isaharov's motion to remand and grant the defendant's motion to affirm. ECF No. 32. Isaharov did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Cobb's report and recommendation **(ECF No. 32) is accepted**, plaintiff Tanya Isaharov's motion to remand **(ECF No. 15) is DENIED**, and defendant Nancy Berryhill's motion to affirm **(ECF No. 21) is GRANTED**. The clerk of court is instructed to enter judgment in favor of defendant Nancy Berryhill and against plaintiff Tanya Isaharov.

DATED this 10th day of February, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE